IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VICTOR WALTHOUR,

    Plaintiff,

v.

C. DARNELL JONES, II,

    Defendant.

CIVIL ACTION
NO. 16-1530

## ORDER

**AND NOW**, this 9th day of November 2017, upon consideration of the Motion to Reopen the Complaint (Doc. No. 4) and the Motion that Any Request to Dismiss Be Denied (Doc. No. 5), it is **ORDERED** as follows:

1. The Motion to Reopen the Complaint (Doc. No. 4) is **GRANTED**.

2. The Motion that Any Request to Dismiss Be Denied (Doc. No. 5) is **DENIED** for the reasons stated in the Opinion dated November 9, 2017.

3. This action is **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court shall close the above-captioned case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.